UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :

          vs.                  :   CRIMINAL NO. 3:16CR150 (MPS)

FRANK PINA               :   October 28, 2016

## MOTION TO CONTINUE SENTENCING HEARING

Frank Pina, the Defendant, respectfully requests a 60-day adjournment of his sentencing hearing. The request is based on the defense's need for more time to meet, and effectively prepare for sentencing. Because, as the government correctly averred in its sentencing memorandum, Mr. Pina's guilty plea was less than two months after his arrest, with no pre-trial litigation. Dkt. 30. The defense anticipates the need for a *Fatico* hearing to resolve contested sentencing issues – specifically in light of the government's sentencing submissions and its request for a significant aboveGuidelines sentence departure.

The Defendant was presented on a Complaint in federal court for the first time on June 28, 2016, where he was held pursuant to the government's uncontested motion. To date, he has asked for only one adjournment. That request was for 90 days and partly entitled, "[U]nopposed," but should be considered as a joint request from the parties. Dkt. 12.

At the time, Mr. Pina asked for additional time to review the allegations against him with undersigned counsel, obtain preliminary discovery materials and further investigate the charges. The Magistrate Court granted the request, continuing the preliminary hearing until October 7, 2016. That was the defense's first and only request for an extension of those deadlines. As previously indicated, Mr. Pina, with sparse discovery and no pre-trial litigation, agreed to plead guilty within one month of the Magistrate Court's Order. In doing so, he spared the government from trial preparations and accepted responsibility for his misconduct. This is only his second request for an adjournment; and is made so his sentencing efforts will not prove ineffective.

The defense last met on October 18, 2016, at the Wyatt Detention Facility, in Central Falls, Rhode Island, one day before the government's sentencing submissions were filed. We have since had one other contact on October 27, 2016. The defense's contacts and its attempts to review information germane to sentencing have been hampered by the undersigned's trial preparation for a November 15, 2016 jury selection. In light of the defense's discussions, we agree more information needs to be presented to the Court for sentencing.

On October 27, 2016, the undersigned met with Assistant United States Attorney Avi Perry, and briefly delineated reasons for the application. AUSA Perry contacted the complainants' families to inform them of the defense's position. This morning, AUSA Perry responded by email, and offered an objection to the continuance, stating that one of the complainants' mother's and her family and friends have already scheduled time off from work to attend the October 31, 2016 hearing. He stated "they strongly, strongly want to go forward on Monday," adding "[T]his is a grieving mother." And in addition, "I can't and won't push her on this."

WHEREFORE the Defendant respectfully requests that the Court, for the reasons stated above, and any additional reasons it deems appropriate, adjourn sentencing for 60 days.

Respectfully submitted,

THE DEFENDANT,
Frank Pina

FEDERAL DEFENDER OFFICE

Dated: October 28, 2016

/s/ Tracy Hayes_____
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2016, a copy of the foregoing Motion to Continue Sentencing Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tracy Hayes
Tracy Hayes