UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:16CR150 (MPS) |
| FRANK PINA | : November 7, 2016 |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Frank Pina, the Defendant, respectfully requests a 1-week adjournment of the *Fatico* and sentencing hearings.

The Defendant was presented on a Complaint in federal court for the first time on June 28, 2016, where he was held pursuant to the government's uncontested motion. On August 4, 2016, he pleaded guilty to count one of an Information charging him with possession with intent to distribute and distribution of cocaine

On November 4, 2016, the undersigned's trial matter before the Honorable Judge Stefan R. Underhill, was adjourned for 1-week. That trial is now set to start on November 21, 2016, and may last for two to three days.

This is the Defendant's second request to adjourn the sentencing hearing. Assistant United States Attorney Avi Perry consents to the requested adjournment.

WHEREFORE the Defendant respectfully requests that the Court, for the reasons stated above, and any additional reasons it deems appropriate, adjourn sentencing for 1-week.

                                                          Respectfully submitted,

                                                          THE DEFENDANT,
                                                          Frank Pina

                                                          FEDERAL DEFENDER OFFICE

Dated: November 7, 2016                     /s/ Tracy Hayes
                                                          Tracy Hayes
                                                          Assistant Federal Defender
                                                          265 Church Street, Suite 702
                                                          New Haven, CT 06510
                                                          Phone: (203) 498-4200
                                                          Bar No.: phv06527
                                                          Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 7, 2016, a copy of the foregoing Motion to Continue Sentencing Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          /s/ Tracy Hayes
                                                          Tracy Hayes