Criminal Std (6/13/2012)

HONORABLE: Michael P. Shea
DEPUTY CLERK Johnson/Sundi RPTR/ECRO/TAPE Marshall
USPO ____ INTERPRETER ____
TOTAL TIME: 5 hours 15 minutes
DATE: Nov 28, 2016 START TIME: 9:10 END TIME: 3:30

**COURTROOM MINUTES**

- ☐ IA-INITIAL APPEAR ☐ BOND HRG ☐ CHANGE OF PLEA ☐ IN CAMERA HRG
- ☐ IA- RULE 5 ☐ DETENTION HRG ☐ WAIVER/PLEA HRG ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT ☐ PROBABLE CAUSE ☐ EXTRADITION HRG ☐ FORFEITURE
- ☐ CONFLICT HRG ☒ EVIDENTIARY HRG ☐ STATUS CONF ☐ MOTION HRG

CRIMINAL NO. 3:16CR150 (MPS) DEFT # ____

Perry
AUSA

**UNITED STATES OF AMERICA**
vs
FRANK PINA

Hayes
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): ____ ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney ____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of ____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due ____ ; Government responses due ____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ...... Hearing on Pending Motions scheduled for ____ at ____
- ☐ ...... Jury Selection set for ____ at ____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☒ ...... Sentencing set for ____ at ____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $____ on count(s)____. Total $ ____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of ____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☒ ...... Defendant detained
- ☐ ...... ____ Hearing ☐ waived ☐ set for ____ ☐ continued until ____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings